UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KENNETH L. MORRIS,**

    **Plaintiff,**

 v.                                                                                  Case No. 22-CV-1418

**KRISTIN STOIBER-SCHNEIDER,** *et al.*,

    **Defendants.**

---

### ORDER

---

Plaintiff Kenneth L. Morris, who is currently confined at Waupun Correctional Institution and is representing himself, has filed a motion to withdraw his case. (ECF No. 34.). Currently, the case is in the discovery phase and has not progressed so far that allowing a voluntary dismissal would greatly impact the defendants. As such, the court grants Morris's motion and allows him to voluntarily dismiss his case.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Morris's motion for to withdraw his case (ECF No. 34) is **GRANTED**. The case is **DISMISSED.**

Dated in Milwaukee, Wisconsin this 17th day of April, 2024.

                                                                   STEPHEN DRIES
                                                          United States Magistrate Judge